

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-13-00420-CV

**TIME WARNER, INC.** and Time Warner Cable, LLC,
Appellants

v.

Dulio **GONZALEZ**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06770
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

The court has considered the Appellee's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court